# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOWRY , et al.<br><br>　　　　　Plaintiff(s),<br><br>　　　v.<br><br>CITY OF LOS ANGELES , et al.<br><br><br>　　　　　Defendant(s). | CASE NO:<br>2:13−cv−06716−MMM−FFM<br><br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above−entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　　**IT IS SO ORDERED.**

Dated: February 12, 2014

　　　　　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　　　　　　United States District Judge